In re BRUNOR'S WILL. (Supreme Court, Appellate Division, Second Department. March 16, 1897.) No opinion. Motion granted, unless the appellants file and serve within 10 days an undertaking as required by section 2577 of the Code of Civil Procedure, and pay respondent $10 costs, in which case the motion is denied, without costs. See 43 N. Y. Supp. 1141.

In re BUFFALO TRACTION CO. (Supreme Court, Appellate Division, Fourth Department. April 10, 1897.) In the matter of the application of the Buffalo Traction Company for the appointment of three commissioners to determine whether its railroad ought to be constructed and operated in East and West Utica street. No opinion. Order appointing commissioners allowed, and filed with the clerk. All concur, except WARD, J., dissenting upon the ground that, upon the papers presented, the court has not jurisdiction to appoint commissioners.

BURNS, Respondent, v. VILLAGE OF EAST SYRACUSE, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 10, 1897.) Action by Mary C. Burns against the village of East Syracuse. No opinion. Judgment and order affirmed, with costs.

BURNS & BARCLAY CO., Respondent, v. METROPOLITAN SAV. BANK, Appellant. (Supreme Court, Appellate Term, First Department. March 22, 1897.) Action by the Burns & Barclay Company against the Metropolitan Savings Bank. Taylor & Thompson, for appellant. Welch & Daniels, for respondent. No opinion. Judgment (43 N. Y. Supp. 1152) affirmed upon argument.

CAMPBELL et al., Appellants, v. NEW YORK LIFE INS. CO., Respondent. (Supreme Court, Appellate Division, First Department. October 16, 1896.) Action by James Campbell and others against the New York Life Insurance Company. No opinion. Motion denied upon payment of $10 costs. See 44 N. Y. Supp. 5.

In re CARTER. (Supreme Court, Appellate Division, Second Department. April 6, 1897.) Final accounting of Vaulx Carter as assignee of the Cowles Engineering Company. No opinion. Stay granted upon appellant filing an undertaking in the sum of $300 conditioned for the payment of costs of appeal, and difference of interest between that which the fund earns and the legal rate.

CASEY, Respondent, v. SHELEY et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. April 10, 1897.) Action by James Casey against Edward D. Sheley and another. No opinion. Judgment and order affirmed, with costs.

CAULFIELD, Respondent, v. JEWELLERS' & TRADESMEN'S LIFE INS. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 19, 1897.) Action by Nellie Caulfield against the Jewellers' & Tradesmen's Life Insurance Company, of New York. No opinion. Order affirmed, with $10 costs and disbursements.

CHAMBERLAIN, Respondent, v. ROCHESTER HERALD PUB. CO., Limited, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 10, 1897.) Action by James R. Chamberlain against the Rochester Herald Publishing Company, Limited. No opinion. Interlocutory judgment affirmed, with costs, with leave to the defendant to withdraw his demurrer and answer upon payment of the costs of the demurrer and of this appeal. All concur, except FOLLETT, J., dissenting.

CHAPMAN, Respondent, v. DELAWARE, L. & W. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. April 10, 1897.) Action by Byron H. Chapman against the Delaware, Lackawanna & Western Railroad Company. No opinion. Judgment and order affirmed, with costs.

In re CITY OF BUFFALO. (Supreme Court, Appellate Division, Fourth Department. April 10, 1897.) Application of the city of Buffalo to take and appropriate lands for park purposes in the Fifth and Eleventh wards in the city of Buffalo and in the town of West Seneca. No opinion. So much of the order as is appealed from reversed, without costs.